Case 1:18-cv-03656-PAC Document 6 Filed 04/26/18 Page 2 of 2
Case 1:18-cv-03656-PAC Document 8 Filed 05/03/18 Page 1 of 1
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-3656

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☑ I personally served the summons on the individual at *(place)* 7 Penn Plaza Suite 305, New York NY 10001 _____ on *(date)* 05/01/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: The summons and complaint was personally handed to a person who identified herself as Stephanie, whom I am informed by the plaintiff is Stephanie Kong, an Asian American person of suitable age and discretion at the defendant's new place of business.

My fees are $ 50.00 for travel and $ 50.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 05/03/2018

*Server's signature*

Prince Hairston Legal Assisant
*Printed name and title*

275 SEVENTH AVENUE #705
New York, NY 10001

*Server's address*

Additional information regarding attempted service, etc: