UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JEFFREY LESNIK,

                Plaintiff,

      - against -

LINCOLN FINANCIAL ADVISORS
CORPORATION,

                Defendant.

------------------------------------------------------------

Civil Action No. 18-CV-3656 (PAC) (GWG)

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their undersigned counsel, that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended from May 22, 2018 to and including June 11, 2018.

GREGORY ANTOLLINO
275 Seventh Avenue, 7th Floor
New York, New York 10001

By: _____
    Gregory Antollino

ATTORNEY FOR PLAINTIFF

Dated: May 17, 2018

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017

By: _____
    Diane Windholz

ATTORNEYS FOR DEFENDANT

Dated: May 15, 2018

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/18