UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LESNIK,<br><br>     Plaintiff,<br><br>  -against-<br><br>LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>     Defendant. | Case No. 18-cv-3656 |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

  Defendant Lincoln Financial Advisors Corporation (referred to herein as "Defendant"), files their Corporate Disclosure Statement. The Lincoln Financial Advisors Corporation is wholly owned by Lincoln National Life Insurance Company, which is in turn wholly owned by Lincoln National Corporation. No publicly held corporation owns 10% or more of Lincoln Financial Advisors Corporation's stock.

                   Respectfully submitted,

                   /s/ Diane Windholz
                   Diane Windholz
                   JACKSON LEWIS P.C.
                   666 Third Avenue
                   New York, New York 10017
                   (212) 545-4000

                   Attorney for Defendant