**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JEFFREY LESNIK,

                              Plaintiff,

      -against-

LINCOLN FINANCIAL ADVISORS CORPORATION,

                              Defendants.

Index No.: 18-CV-3656 (PAC)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Lincoln Financial Advisors Corporation in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated: June 12, 2018
       New York, New York

                                            JACKSON LEWIS P.C.

                                            666 Third Avenue, 29th Floor
                                            New York, New York 10017
                                            T: (212) 545-4000
                                            F: (212) 972-3213
                                            Johanna.Sanchez@jacksonlewis.com

                          By:    s/Johanna Sanchez
                                            Johanna Sanchez

                                            *Attorneys for Defendant*

1