UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY LESNIK,<br><br>      Plaintiff,<br><br>   -against-<br><br>LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>      Defendant. | Case No. 18-cv-3656 |

## **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Lincoln Financial Advisors Corporation (referred to herein as "Defendant"), files their Corporate Disclosure Statement. The Lincoln Financial Advisors Corporation is wholly owned by Lincoln National Life Insurance Company, which is in turn wholly owned by Lincoln National Corporation. No publicly held corporation owns 10% or more of Lincoln Financial Advisors Corporation's stock.

               Respectfully submitted,

               /s/ Diane Windholz
               Diane Windholz
               JACKSON LEWIS P.C.
               666 Third Avenue
               New York, New York 10017
               (212) 545-4000

               Attorney for Defendant

4835-0497-6489, v. 1