UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY LESNIK,

                      Plaintiff,      Index No.: 18-CV-3656 (PAC)

-against-

                                   **NOTICE OF APPEARANCE**

LINCOLN FINANCIAL ADVISORS CORPORATION,

                    Defendants.

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Lincoln Financial Advisors Corporation in the above-captioned case and requests that copies of any and all papers served and notices given in the case be served upon the undersigned counsel.

Dated:  June 12, 2018
           New York, New York

                                        JACKSON LEWIS P.C.

                                        666 Third Avenue, 29th Floor
                                        New York, New York 10017
                                        T: (212) 545-4000
                                        F: (212) 972-3213
                                        Diane.Windholz@jacksonlewis.com

                            By:    s/Diane Windholz
                                     Diane Windholz

                                      *Attorneys for Defendant*

1