UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
                                                           :
IN RE:                                        :   18 Civ. 03656 (PAC)
                                              :   IPTC NOTIFICATION
Initial Pretrial Conference Notification in a :
case before Judge Paul A. Crotty, U.S.D.J     :
                                              :
                                              :
                                              :
                                              :
                                              :
-----------------------------------------------------------X
```

The Initial Pretrial Conference is scheduled to go forward on: **Thursday, August 2, 2018 at 10:15 AM** in Courtroom **14-C**, 500 Pearl Street, before Judge Paul A. Crotty, U.S.D.J. The submission of the proposed civil case management plan (can be found on the SDNY website) and joint letter, pursuant to Rule 6G of Judge Crotty's Individual Practices , due two business days prior to the conference. The joint letter should be filed on ECF in accordance with the ECF filing instructions as opposed to e-mailing the documents to the Court. The proposed civil case management plan should be filed on ECF as an "exhibit / proposed order" to the joint letter. If the date is not convenient, either party can e-mail three (3) mutually convenient dates to the Courtroom Deputy at: David_C_Gonzalez@nysd.uscourts.gov

*David Gonzalez*
_____
David Gonzalez, Courtroom Deputy