# GREGORY ANTOLLINO
## ATTORNEY AT LAW
GREG@ANTOLLINO.COM

275 SEVENTH AVENUE, SUITE 705  
NEW YORK, NEW YORK 10001

TEL. (212) 334-7397  
FAX (212) 334-7399

July 31, 2018

Judge Paul A. Crotty  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Lesnik v. Lincoln Financial, 18-3656 (PAC)

Dear Judge Crotty:

     I represent plaintiff in this action for which a conference is scheduled on August 2 at 10:15. I am a few hours late in making this motion, but I have a conflict and must be in New York Supreme on a tightly managed case. After the oral argument at Thomas Street, I have nothing else that workday until 5:30 when I must leave for an appointment. The judge in the state case only conducts one call. I have spoken to my adversary who consents to this application – either the afternoon of August 2, the afternoon of August 16 or August 17 at anytime except for 2:15-3:15, during which I have another conference at 40 Centre.

     Thank you for your consideration and I hope you can accommodate my request.

Sincerely,

*Greg S. Antollino*

Gregory Antollino  
Antollino PLLC

Cc: Diane Windholz