UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jeffrey Lesnik,<br><br>                                   Plaintiff,<br><br>            -Against-<br><br>Lincoln Financial Advisors Corporation,<br><br>                               Defendant. | Case No.: 18-cv-03656-PAC |

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒     I have cases pending              ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Johanna Sanchez**

My SDNY Bar Number is: **JS7705**. My State Bar Number is **534756**.

I am,

☒     An attorney
☐     A Government Agency attorney
☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: **Rivkin Radler LLP**
                   FIRM ADDRESS: **926 RXR Plaza, West Tower, Uniondale, NY 11556**
                   FIRM TELEPHONE NUMBER: **516-357-3325**
                   FIRM FAX NUMBER: **516-357-3333**

NEW FIRM: FIRM NAME: **Jackson Lewis P.C.**
                   FIRM ADDRESS: **666 Third Ave, New York, NY 10017**
                   FIRM TELEPHONE NUMBER: **(212) 545-4000**
                   FIRM FAX NUMBER: **(212) 972-3213**

☒     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 4/17/19

_____
Johanna Sanchez