```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JEFFREY LESNIK,                                                  :
:
                     Plaintiff,                 :
:     18-cv-03656 (LJL)
   -v-                                                       :
:     ORDER
LINCOLN FINANCIAL ADVISORS CORPORATION,   :
:
                     Defendant.                  :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       This case has been randomly reassigned to me for all purposes. It is hereby:

       ORDERED that the pre-motion conference previously scheduled for February 27, 2020 at 4:15 p.m. shall take place on that date at 11:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

       IT IS FURTHER ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than February 20, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

      1.     A brief statement of the nature of the case and the principal defenses thereto;

      2.     A statement of all existing deadlines, due dates, and/or cut-off dates;

      3.     A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

      4.     A statement describing the status of any discovery in the case;

      5.     A statement describing the status of any settlement discussions.

Unless otherwise notified by the Court, all deadlines contained in any Scheduling Order or Case Management Plan will remain in effect notwithstanding the case's transfer.

SO ORDERED.

Dated: February 10, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge