

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY GRAND RAPIDS, MI MINNEAPOLIS, MN RALEIGH, NC
ALBUQUERQUE, NM GREENVILLE, SC MONMOUTH COUNTY, NJ RAPID CITY, SD
ATLANTA, GA HARTFORD, CT NEW ORLEANS, LA RICHMOND, VA
AUSTIN, TX HONOLULU, HI* NEW YORK, NY SACRAMENTO, CA
BALTIMORE, MD HOUSTON, TX NORFOLK, VA SALT LAKE CITY, UT
BERKELEY HEIGHTS, NJ INDIANAPOLIS, IN OMAHA, NE SAN DIEGO, CA
BIRMINGHAM, AL JACKSONVILLE, FL ORANGE COUNTY, CA SAN FRANCISCO, CA
BOSTON, MA KANSAS CITY REGION ORLANDO, FL SAN JUAN, PR
CHICAGO, IL LAS VEGAS, NV PHILADELPHIA, PA SEATTLE, WA
CINCINNATI, OH LONG ISLAND, NY PHOENIX, AZ ST. LOUIS, MO
CLEVELAND, OH LOS ANGELES, CA PITTSBURGH, PA TAMPA, FL
DALLAS, TX MADISON, WI PORTLAND, OR WASHINGTON, DC REGION
DAYTON, OH MEMPHIS, TN PORTSMOUTH, NH WHITE PLAINS, NY
DENVER, CO MIAMI, FL PROVIDENCE, RI
DETROIT, MI MILWAUKEE, WI

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4028
EMAIL ADDRESS: DIANE.WINHOLZ@JACKSONLEWIS.COM

February 12, 2020

**VIA ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2020

*The conference previously scheduled for February 27, 2020 at 11:00 a.m. is adjourned to February 28, 2020 at 9:30 a.m. Plaintiff's response, if any, is still due by February 13, 2020.*

*SO ORDERED. 2/13/2020*

LEWIS J. LIMAN
United States District Judge

Re: **Jeffrey Lesnik v. Lincoln Financial Advisors Corporation**
 **Case No.: 18-cv-3656 (PAC) GWG**

Dear Judge Liman:

 Defendant respectfully requests an adjournment of the pre-motion conference scheduled for February 27, 2020 at 11:00 a.m. in the above-referenced case.[1] Defense counsel is scheduled to participate in a settlement conference before Chief Magistrate Judge Roanne L. Mann in the Eastern District of New York on February 27 at 10:30 a.m. in the case *Johnson-Meeks v. Junior's Cheesecake, et al* (Case No. 19-cv-02888). The settlement conference in that case was adjourned from January 30, 2020. This is the parties' first request for an adjournment in this matter. Plaintiff consents to the requested adjournment provided that his response to the pre-motion letter shall be due no more than two weeks in advance of the pre-motion conference.[2] The parties presently do not have any further scheduled appearances before the Court.

---

[1] Defense counsel would be available to participate in the pre-motion conference at the originally scheduled time at 4:15.

[2] On February 11, at about 7:30 p.m. Plaintiff served defense counsel with a letter demanding that Defendant withdraw by March 3rd its pre-motion letter or he would seek sanctions against defense counsel individually, defense counsel's firm and the Defendant



We thank the Court for its consideration in this regard.

Respectfully submitted,

JACKSON LEWIS P.C.

Diane Windholz