```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY LESNIK,

               Plaintiff,

               18-cv-3656 (LJL)

   -v-

               ORDER

LINCOLN FINANCIAL ADVISORS,

               Defendant.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference with the parties on March 17, 2021. At that conference, the Court scheduled a briefing schedule for Plaintiff's motion on sanctions. Plaintiff's opening brief is due April 1, 2021, Defendant's opposition is due April 8, 2021, and Plaintiff's reply is due April 12, 2021.

      In light of this briefing and the parties' agreement for an adjournment of trial, the jury trial previously scheduled for April 5, 2021 is ADJOURNED to August 9, 2021. Parties shall submit the joint pretrial order by July 21, 2021. A final pretrial conference is scheduled for August 5, 2021 at 2:00 p.m.

      SO ORDERED.

Dated: March 18, 2021
      New York, New York

                                                   LEWIS J. LIMAN
                                                 United States District Judge