Case 1:18-cv-03656-LJL   Document 131   Filed 07/30/21   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/30/21__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JEFFREY LESNIK,

                Plaintiff,

            -v-

LINCOLN FINANCIAL ADVISORS
CORPORATION,

                Defendant.
-------------------------------------------------------------------X

18-cv-3656 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The parties will have until Tuesday, August 3, 2021 to respond to the motions in limine at Dkt. No. 121 and Dkt. No. 127. The motions will be argued and decided at the pretrial conference.

SO ORDERED.

Dated: July 30, 2021
       New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge